■ EDWARD GAYNOR, Respondent, v BOARD OF FIRE COMMISSIONERS, BALDWIN FIRE DISTRICT, et al., Appellants.—Appeal from a judgment of the Supreme Court, Nassau County, entered January 28, 1987.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Balletta at the Supreme Court, Nassau County. Kunzeman, J. P., Eiber, Spatt and Sullivan, JJ., concur.